# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2225
LT Case No. 16-2010-CF-9956-A

———————————————

MARCUS O'NEAL JENKINS,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Marcus O'Neal Jenkins, Perry, pro se.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

November 7, 2025

PER CURIAM.

This Court previously affirmed the trial court's order denying Appellant's motion for relief in Duval County Circuit Court Case No. 16-2010-CF-9956-A. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims

stemming from Duval County Circuit Court Case No. 16-2010-CF-9956-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

LAMBERT, EDWARDS, and HARRIS, JJ., concur.